

David J. Watson, Pittsburgh and Alan D. Levy, for Prevish.

Lynn Bell, Pittsburgh, for Robert W. Pitewski, M.D.

T. Warren Jones and Matthew W. McCullough, Erie, for Northwest Medical Center.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

Order affirmed.

SAYLOR, J., did not participate in the consideration or decision of this case.

ZAPPALA, J., dissents.

Samuel P. Gerace and Ronald E. Reitz, Pittsburgh, for Harleysville Mut. Ins. Co.

James Fenchel, for Fireman's & American.

Kenneth W. Wargo, Erie, for David & Mary Zimmerman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA and CASTILLE, JJ., dissent.

**David ZIMMERMAN and Mary Ann Zimmerman, d/b/a Frontier Lanes**

v.

**HARLEYSVILLE MUTUAL INSURANCE COMPANY, Fireman's Fund Insurance Company, and the American Insurance Company.**

**Appeal of HARLEYSVILLE MUTUAL INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided Oct. 8, 1998.

**Edward J. GRABOWSKI, an individual**

v.

**Matthew R. QUIGLEY, M.D., Julian E. Bailes, M.D., Joseph C. Maroon, M.D. and Allegheny General Hospital, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided Oct. 8, 1998.

